PÉREZ, DEMANDANTE Y APELADO, v. MORÁN, DEMANDADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en
pleito sobre desahucio en precario.

No. 2260.—Resuelto en mayo 27, 1921.

DESAHUCIO—ALEGACIONES—MATERIA NUEVA—CONFLICTO DE TÍTULOS.—En una
acción de desahucio en que el demandado niega la posesión de la finca des-
crita en la demanda alegando como materia nueva que cierta mercantil de
la cual es socio es dueña de una finca situada en un barrio y término muni-
cipal distintos, no puede concluirse que el demandado ha planteado un con-
flicto de títulos, por lo que no es errónea una orden sosteniendo una excep-
ción previa a la contestación y disponiendo la eliminación de la materia
nueva.

Los hechos están expresados en la opinión.
Abogado del apelante: Sr. J. C. Rodríguez Cebollero.
Abogado del apelado: Sr. I. Carballeira.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del
tribunal.

La demanda sobre desahucio presentada en este caso ale-
gaba entre otros particulares lo siguiente:

"Segundo. Que el demandante es propietario de la finca si-
guiente:

" 'Rústica: predio de terreno situado en el barrio de "Florida Afuera," sitio denominado "Alto de la Quebrada," del término municipal de Barceloneta, compuesta de doce cuerdas, ochenta y tres céntimos y medio, siendo sus colindancias las siguientes: por el saliente, con terrenos de la sucesión de Gregorio Kuinlam; por el norte, con los de la sucesión de María Encarnación Caballero, hoy Juan Villamil; por el sur, con terrenos de Miguel Monroig y por el poniente, con los de Celestino Pérez y Ramón Morán. Inscrita en el Registro de la Propiedad, al folio 238, vuelto, finca número 765, inscripción 4a.'

"Tercero: Que el demandado Ramón Morán está detentando la posesión material de la finca descrita y la está disfrutando precariamente sin pagar canon o merced alguna, en contra de la voluntad del demandante.

"Cuarto: Que distintas veces el demandante ha requerido al demandado para que desaloje la descrita finca, siendo infructuosas las gestiones que ha hecho con tal fin el demandante."

El demandado en su contestación negó los hechos así alegados y como materia nueva de defensa alegó lo siguiente:

"1°. Que la mercantil domiciliada en Manatí Ramón Morán y Cía. de la cual es socio gestor y administrador el demandado es dueña de la siguiente:

" 'Finca: Rustica, en el barrio "Bajura Adentro," de Manatí, compuesta de 4 cuerdas, igual a 1 hectárea, 57 áreas, 21 centiáreas, lindante, al norte y este, con la sucesión Kuinlam; sur, Miguel Monroig y la Sucesión Kuinlam, y oeste, Celestino Pérez.'

"2°. Esta finca la hubo dicha sociedad por compra-venta judicial según escritura otorgada en Manatí por el marshal de la Corte Municipal de Manatí, en 24 de febrero de 1917.

"3°. Que parece, por la faz de la demanda, que la finca objeto de la acción es la misma que se describe de la propiedad de la mercantil 'Ramón Morán y Cía.,' de la que como se ha dicho, es gestor y administrador el demandado."

Formuladas excepciones previas a la contestación, la corte inferior ordenó que la nueva materia fuera eliminada, a cuya resolución el demandado tomó excepción.

La contestación enmendada niega los hechos segundo y cuarto de la demanda, admitiendo por tanto, por no negarse,

el hecho de la posesión como se alega en el tercer párrafo
de la demanda.

Citamos el siguiente párrafo de la opinión emitida por
el juez sentenciador:

"Del examen de la prueba documental y testifical practicada,
entiendo que el demandante ha justificado cumplidamente los hechos
esenciales de su demanda, cuales son su carácter de dueño de la
finca en cuestión adquirida por escritura pública inscrita en el re-
gistro de la propiedad; el estar ocupada dicha finca por el deman-
dado Ramón Morán, el cual así lo reconoce en su declaración, sin
que, con prueba de ninguna clase, ni aún en su propia declaración,
haya tratado de invocar derecho ni razón alguna a su favor para
poseer y seguir poseyendo dicha finca."

El apelante alega como error, primero, la resolución de
la corte declarando con lugar la excepción previa formulada
a la contestación y la orden eliminando la nueva materia
de la contestación, y segundo, el dictar sentencia en un pro-
cedimiento como éste, no obstante el hecho de revelar la
prueba un conflicto de título.

En la contestación original se niega la posesión de la
finca descrita en la demanda y no se alega que la propiedad
que se reseña en la contestación esté comprendida en las
colindancias de la parcela descrita en la demanda. Ni apa-
rece tampoco de la faz de la demanda, como se alegó en la
contestación original, que las dos fincas son idénticas. Es
verdad que algunas de las señales de los dueños de propie-
dades colindantes son las mismas, pero esta circunstancia
es tan compatible con la teoría de las fincas colindantes como
lo es con la de una confusión sobre las dos fincas. Por otra
parte, la finca descrita en la demanda es una parcela de doce
cuerdas situada en el barrio de "Florida Afuera," del tér-
mino municipal de Barceloneta, mientras que la que se des-
cribe en la contestación es una finca de cuatro cuerdas radi-
cada en el barrio de "Bajura Adentro" de la municipalidad
de Manatí. Dentro de las circunstancias apenas si puede

decirse que la corte cometió error al declarar con lugar la excepción previa en cuanto concierne a la materia nueva en cuestión, o al eliminar la misma de la contestación.

En cuanto al segundo señalamiento, será bastante con decir que de un examen cuidadoso de los autos en conjunto no aparece que se haya cometido un error tan manifiesto que exija la revocación de la sentencia.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del **Toro y Aldrey.**